UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-5979-MWF(SKx)**                        Dated: **October 16, 2017**

Title:   Peter Bures -v- Quest Diagnostics Clinical Laboratories, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Matthew T. Hale                          Krista M. Cabrera

PROCEEDINGS:    PLAINTIFF'S MOTION TO REMAND TO CASE [14]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs
-1-                         : 09   min